IN THE COURT OF APPEALS OF THE NAVAJO NATION

WINDOW ROCK, NAVAJO NATION (ARIZONA)

THE NAVAJO NATION,     )        No.: A-CR-02-77
                  )
      Plaintiff-Appellee  )
                  )        ORDER
      vs.           )   DISMISSING APPEAL
                  )
KATHERINE R. WATCHMAN,   )
C# 26,037            )
                  )
      Defendant-Appellant.  )
                  )

The Request for Appeal in the above-entitled matter having been filed the 31st of March, 1977, and Appellant having failed to file her supporting brief by April 25, 1977, the time period so allowed, the Request for Appeal is hereby DISMISSED.

Dated this 10th day of May, 1977.

Virgil L. Kirk, Sr.

Chief Justice Of The Navajo Nation